ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SYUZANNA HAKOBYAN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; ROE INSURANCE COMPANY XI through XX; DOES I through X, inclusive; ROE CORPORATION XI through XX, inclusive and ROE COMPANIES I-X, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01447-GMN-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff SYUZANNA HAKOBYAN, by and through her attorneys, BIGHORN LAW, and Defendant STATE FARM MUTUAL INSURANCE COMPANY, by and through its attorneys LEWIS BRISBOIS BISGAARD & SMITH, LLP, that all of Plaintiff's claims and causes of action against Defendant

///

///

///

///

167333114.1

in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

| | |
|---|---|
| DATED this 22nd day of December, 2025. | DATED this 23rd day of December, 2025. |
| BIGHORN LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| *(signature)* | /s/ *Francis A. Arenas* |
| KIMBALL JONES<br>Nevada Bar No. 12982<br>JOSHUA P. BERRETT<br>Nevada Bar No. 12697<br>3675 W. Cheyenne Avenue, Suite 100<br>North Las Vegas, Nevada 89032<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>FRANCIS A. ARENAS<br>Nevada Bar No. 6557<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* |

## ORDER

IT IS SO ORDERED.

Dated this __23__ day of __December__, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

167333114.1

2